GEORGE F. CARTER, trustee, respondent,

*v.*

MARY L. K. CARTER et al., appellants,

[Filed August 25th, 1903.]

*Mr. Edward Q. Keasbey,* for the appellants.

*Mr. Edward A. S. Man,* for the respondent.

PER CURIAM.

The decree appealed from in this case is affirmed, for the reasons set forth in the opinion of Vice-Chancellor Stevenson, filed in the court of chancery.  See *53 Atl. Rep. 160, 163.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VOORHEES, VROOM, GREEN—13.

*For reversal*—None.